[No. 65395-4-I.   Division One.   June 11, 2012.]

*In the Matter of* WANDA M. BELL.

KATHLEEN CAROVANO, *Respondent*, v. MAUREEN MCCASLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-17016-1, Catherine D. Shaffer, J., entered February 23, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[Nos. 65813-1-I; 66410-7-I;   Division One.   June 11, 2012.]
     66710-6-I.

*In the Matter of the Marriage of* ALI GANJAIE, *Appellant,* and KATHERINE GANJAIE, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 07-3-08410-3, Patricia H. Clark, J., entered July 2, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Lau, JJ.

[No. 65859-0-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MUNNIER QUASIM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-01858-4, Catherine D. Shaffer, J., entered August 17, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 65976-6-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GALMESA SHUBE ELEMO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-06847-6, Susan J. Craighead, J., entered September 9, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Schindler, J.